# EXHIBIT A

03-12-2019 13:21        858-876-1568                                    1/1

# CME Aesthetic Procedures Symposium

*Helping today's physician succeed with innovative technologies and proven business strategies*

| April 13-14, 2019 | May 18-19, 2019 |
|---|---|
| New Orleans, LA | Washington, D.C. |
| Le Pavilion Hotel | Capital Hilton Hotel |

**LIVE PATIENT CASES & HANDS-ON PRACTICE**
**ALL SPECIALTIES WELCOME**

This activity has been reviewed and is acceptable for up to **15 Prescribed Credits** by the American Academy of Family Physicians

**COMPREHENSIVE INSTRUCTION ON:**

**BODY CONTOURING AND SCULPTING**

**LASERS**
Hair removal, vascular treatments, fractional resurfacing, tattoo removal, laser lipolysis, toenail fungus removal

**BOTOX®, RESTYLANE®, FILLERS**

**INTENSE PULSED LIGHT (IPL)**
Photofacial rejuvenation, pigmentation, vascularities, skin tightening

**CO2 GYNECOLOGIC APPLICATIONS**
Laser vaginal rejuvenation

**MARKETING YOUR COSMETIC PRACTICE**
Leave with the knowledge and training to start your own medical aesthetics practice

*The recipient is entitled to request that the sender not send any future advertisements to its telephone facsimile machine. Failure to comply within 30 days from the date the request is properly made is unlawful. 1-800-336-1061 is the telephone number and 1-858-876-1568 is the fax number for the recipient to transfer such opt-out request. This request will be effective only if the recipient's number to which the request relates is identified.*

### Tuition $1595
- Includes 2 nights hotel accommodation, Fri. & Sat.
- Breakfast and lunch, Sat. & Sun.
- Certificate of Attendance and course materials
- 15 CME Credits
- Register early as hotel rooms are limited

### For more information or to register:

Fax: 858-876-1568
Phone: 619-818-3320
Online: LaserAestheticsInstitute.com

Please register me for the following course:
☐ April 13-14, 2019 — $1595
☐ May 18-19, 2019 — $1595
☐ I cannot attend but please contact me with future dates

Name _____

Phone _____ Fax _____

Email _____

Payment type  ☐ VISA  ☐ ⬤  ☐ ▭

Credit card number _____

Expiration date ____ / ____   CVC ____

Billing address _____
_____

City/Town _____ State ____ Zip ____