Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Louis Floyd, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

Saratoga Diagnostics, Inc., a California corporation, and Thomas Pallone,

Defendant(s).

Case No: 5:20-cv-1520-NC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Patrick H. Peluso, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Louis Floyd in the above-entitled action. My local co-counsel in this case is Steven L. Weinstein, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3900 E. Mexico Ave., Suite 300<br>Denver, Colorado 80210 | P.O. Box 27414<br>Oakland, California 94602 |
| MY TELEPHONE # OF RECORD:<br>(720) 213-0676 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 336-2181 |
| MY EMAIL ADDRESS OF RECORD:<br>ppeluso@woodrowpeluso.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>steveattorney@comcast.net |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4 762.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/06/20

Patrick H. Peluso
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Patrick H. Peluso is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 20, 2020

*Lucy H. Koh*
UNITED STATES DISTRICT /~~MAGISTRATE~~ JUDGE