# GROUP EXHIBIT B

## Declaration of Diligence

| Case:<br>5:20-cv-01520-NC | Court:<br>United States District Court | County:<br>Northern District of California | Job:<br>4397196 (6644-01) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Louis Floyd, et al. | | Defendant / Respondent:<br>Saratoga Diagnostics, Inc., et al. | |
| Received by:<br>Inservio3 | | For:<br>Woodrow & Peluso LLC | |
| To be served upon:<br>Saatoga Diagnostics, Inc. | | | |

I, Philip Hamilton, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** John "Doe", Co-Occupant, 12619 Paseo Olivos, Saratoga, CA 95070
**Manner of Service:** Substitute Service - Personal, Mar 17, 2020, 3:00 pm PDT
**Documents:** Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint; Order Setting Initial Case Management Conference and Deadlines (Received Mar 6, 2020 at 12:54pm PST)

**Witness fees were offered or demanded and paid:**

**Additional Comments:**
1) Unsuccessful Attempt: Mar 11, 2020, 9:53 am PDT at 12619 Paseo Olivos, Saratoga, CA 95070
Server knocked on the doo no response Gray explorer parked in the driveway.

2) Unsuccessful Attempt: Mar 12, 2020, 9:05 am PDT at 12619 Paseo Olivos, Saratoga, CA 95070
The server knocked on the door no response gray explorer parked in the driveway.

3) Unsuccessful Attempt: Mar 15, 2020, 3:45 pm PDT at 12619 Paseo Olivos, Saratoga, CA 95070
No answer at door.

**Person serving:**
a. ☐ Not a registered California process server.
b. ☐ California sheriff or marshal.
c. ☒ Registered California process server.
d. ☐ Employee or independent contractor of a registered California process server.
e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
f. ☐ Registered professional photocopier.
g. ☐ Exempt from registration under Business and Professions Code section 22451.
h. Name, address, telephone number, and, if applicable, county of registration and number:
Philip Hamilton
Inservio3
18013 Sky Park Circle, Suite C
Irvine CA 92614
(949) 777-5496

_____    03-15-20
Philip Hamilton                              Date

## Declaration of Diligence

| Case:<br>5:20-cv-01520-NC | Court:<br>United States District Court | County:<br>Northern District of California | Job:<br>4495627 (7092-01) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Louis Floyd | | Defendant / Respondent:<br>Saratoga Diagnostics, Inc., et al. | |
| Received by:<br>Inservio3 | | For:<br>Woodrow & Peluso LLC | |
| To be served upon:<br>Saratoga Diagnositics, Inc. a California corporation | | | |

I, Phillip Hamilton , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Saratoga Diagnositics, Inc. a California corporation, 12619 Paseo Olivos, Saratoga, CA 95070
**Manner of Service:** Unsuccessful Attempt
**Documents:** AO 440 (Rev. 06/12) Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Order Setting Initial Case Management; Order Reassigning Case;

**Witness fees were offered or demanded and paid:**

**Additional Comments:**
1) Unsuccessful Attempt: Apr 24, 2020, 5:10 pm PDT at 12619 Paseo Olivos, Saratoga, CA 95070
no answer, gray explorer in driveway

2) Unsuccessful Attempt: Apr 27, 2020, 11:35 am PDT at 12619 Paseo Olivos, Saratoga, CA 95070
no answer, Mercedes in driveway

3) Unsuccessful Attempt: Apr 28, 2020, 5:00 pm PDT at 12619 Paseo Olivos, Saratoga, CA 95070
no answer, heard someone inside. Cars in driveway

4) Unsuccessful Attempt: Apr 28, 2020, 7:20 pm PDT at 12619 Paseo Olivos, Saratoga, CA 95070
no answer, heard someone talking to their dog, same cars in driveway.

5) Unsuccessful Attempt: Apr 29, 2020, 7:00 pm PDT at 12619 Paseo Olivos, Saratoga, CA 95070
No answer at the door. There were no cars.

6) Unsuccessful Attempt: May 2, 2020, 9:09 am PDT at 12619 Paseo Olivos, Saratoga, CA 95070
There was no answer at the door. There was no activity seen or heard

**Person serving:**
a. ☐ Not a registered California process server.
b. ☐ California sheriff or marshal.
c. ☒ Registered California process server.
d. ☐ Employee or independent contractor of a registered California process server.
e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
f. ☐ Registered professional photocopier.
g. ☐ Exempt from registration under Business and Professions Code section 22451.
h. Name, address, telephone number, and, if applicable, county of registration and number:
Phillip Hamilton
Inservio3
18013 Sky Park Circle, Suite C
Irvine CA 92614
(949) 777-5496

_____  _____
Phillip Hamilton                                    Date