Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, California 94602
Telephone: (510) 336-2181

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the alleged Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**LOUIS FLOYD**, individually and on behalf of all others similarly situated,

Plaintiff,

v.

**SARATOGA DIAGNOSTICS, INC.**, a California corporation, and **THOMAS PALLONE,** an individual,

Defendants.

Case No. 5:20-cv-01520-LHK

**AFFIDAVIT OF SERVICE**

Hon. Lucy H. Koh

The undersigned hereby certifies that on June 8, 2020, in accordance with the Court's June 5, 2020 Order granting Plaintiff Louis Floyd ("Floyd" or "Plaintiff") leave to serve Defendant Thomas Pallone ("Pallone") via certified mail, I served a true and accurate copy of the following documents:

(1) Class Action Complaint (Dkt. 1);

(2) Exhibit A to Class Action Complaint (Dkt. 1-1);

(3) Summons Directed to Thomas Pallone (Dkt. 5);

(4) Order Setting Initial Case Management Conference (Dkt. 4);

(5) Order Reassigning Case (Dkt. 10); and

(6) Order Granting In Part And Denying In Part Without Prejudice Plaintiff's Motion for Alternative Service (Dkt. 20).

The foregoing documents were served by certified mail and properly addressed to the following party:

Thomas Pallone
12619 Paseo Olivos
Saratoga, CA 95070

On June 15, 2020, Pallone refused to accept the foregoing documents via certified mail and the documents were returned to Plaintiff's counsel. On July 3, 2020, Plaintiff also served the foregoing documents by first-class U.S. Mail, postage prepaid, and properly addressed to Pallone.

Dated: July 9, 2020

By: */s/ Taylor T. Smith*
Taylor T. Smith

Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809