# Exhibit B

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210

7019 1640 0000 9977 4079
CERTIFIED MAIL

Refused

-R-T-S- 95070-RFS-1N 06/15/20
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

\*RFS\*



U.S. POSTAGE PAID
FCM LG ENV
DENVER, CO
80210
JUN 08, 20
AMOUNT
$5.35
R2303S103045-7

1023
95070