Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, CA 94602
Telephone: (510) 336-2181

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
**Woodrow & Peluso, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for* LOUIS FLOYD
and the alleged Class

\* *Pro Hac Vice Admission Pending*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **LOUIS FLOYD**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SARATOGA DIAGNOSTICS, INC.,** a California corporation, and **THOMAS PALLONE**, an individual,<br><br>Defendant. | Case No. 5:20-cv-01520-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER REGARDING ALTERNATIVE SERVICE ON DEFENDANTS**<br><br>Date: November 5, 2020<br>Time: 1:30 p.m.<br>Judge:  Honorable Lucy H. Koh<br>Courtroom: 8<br>Complaint Filed: March 1, 2020 |

Having considered the moving papers and all other matters presented to the Court, the Court finds that Plaintiff's Renewed Motion for Order Regarding Alternative Service on Defendants should be granted, and hereby orders as follows:

1. The Motion is GRANTED.

2. Plaintiff shall serve the Complaint, Summons, this Order, and all other relevant

initiating documents upon Saratoga Diagnostics, Inc. by hand delivering the documents to the California Secretary of State.

3. The Court finds that Defendant Thomas Pallone was sufficiently served by certified mail on June 8, 2020.

**IT IS SO ORDERED.**

_____
Hon. Lucy H. Koh
United States District Judge

[Proposed] Order Granting Renewed Motion for Alternative Service

2