AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-01520-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Saratoga Diagnostics, Inc
was received by me on *(date)* 08-06-2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kanji Montalvo, Secretary of State , who is
designated by law to accept service of process on behalf of *(name of organization)* Saratoga Diagnostics, Inc
1500 11th St 390 Sacramento. CA 95814 on *(date)* 08-07-2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 08-07-2020

*Server's signature*

Michael Lynn Henry
*Printed name and title*

18013 Sky Park Circle, Suite C
Irvine CA 92614
(949) 777-5496
*Server's address*

Additional information regarding attempted service, etc:

Statutory Fees Advances for the Amount of $50.00