1  Steven L. Weinstein (#67975)
   steveattorney@comcast.net
2  P.O. Box 27414
   Oakland, CA 94602
3  Tel: (510) 336-2181
   Fax: (510) 336-2181
4
5  [Additional counsel appearing on signature page]

6  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
7  **SAN JOSE DIVISION**

8

9  **LOUIS FLOYD**, individually and on behalf of all others similarly situated,

10             Plaintiff,                              Case No. 5:20-cv-01520-LHK

11  v.                                                 **CERTIFICATE OF SERVICE OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST NON-APPEARING DEFENDANTS**

12  **SARATOGA DIAGNOSTICS, INC.**, a California corporation, and **THOMAS PALLONE**, an individual,

13
14             Defendants.
15

16

17      I, Taylor T. Smith, hereby certify that on October 7, 2020, I served a copy of the following

18  documents: Plaintiff's Request for Entry of Default Against Non-Appearing Defendants,

19  Affidavit Of Taylor T. Smith In Support of Plaintiff's Entry of Default Against Non-Appearing

20  Defendants, and Proposed Clerk's Entry of Default Against Non-Appearing Defendants upon all

21  defendants by placing a copy of each in postage-paid envelope addressed to the parties started

22  below, which is the last known address of said parties, and deposited said envelopes in the United

23  States mail.

24      Addressee:    Saratoga Diagnostics, Inc.
                     12619 Paseo Olivos
25                   Saratoga, CA 95070

26      Addressee:    Thomas Pallone
                     12619 Paseo Olivos
27
28
                                    1

Saratoga, CA 95070

Dated: October 7, 2020 /s/ *Taylor T. Smith*
Taylor T. Smith

2