**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **LOUIS FLOYD**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**SARATOGA DIAGNOSTICS, INC.**, a California corporation, and **THOMAS PALLONE**, an individual,<br><br>        Defendants. | Case No. 5:20-CV-01520-LHK<br><br>**[PROPOSED] CLERK'S ENTRY OF DEFAULT AGAINST NON-APPEARING DEFENDANTS** |

      Pursuant to 55(a) of the Federal Rules of Civil Procedure and upon application by Plaintiff, default is hereby entered against Defendants Saratoga Diagnostics, Inc. and Thomas Pallone.

DEFAULT ENTERED this _____ day of _____ 2020

                                                                                                          _____
                                                                                                          Clerk of Court