

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

280 South 1st Street

San Jose, CA 95113

*cand.uscourts.gov*

October 14, 2020

RE:  Floyd v. Saratoga Diagnostics, Inc.
   20-cv-01520-LHK

Default is declined as to Thomas Pallone on October 14, 2020.

Susan Y. Soong, Clerk

_____

by:  Patty Cromwell
Case Systems Administrator

*REV. 7-19*