Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, California 94602
Telephone (510) 336-2181

[Additional Attorneys appearing on Signature Page]

*Attorneys for Plaintiff and the Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **LOUIS FLOYD**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SARATOGA DIAGNOSTICS, INC.,** a California Corporation, and **THOMAS PALLONE,** an individual,<br><br>Defendant. | Case No. 5:20-cv-01520-LHK<br><br>**STATUS REPORT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

    Plaintiff Louis Floyd ("Floyd" or "Plaintiff") respectfully provides the following status report and requests that the Court vacate the case management conference scheduled for October 21, 2020. In support of this request, Plaintiff states as follows:

    1.    Plaintiff filed his Class Action Complaint ("Complaint") on March 1, 2020, Saratoga Diagnostics, Inc. ("Saratoga") and Thomas Pallone ("Pallone") (collectively "Defendants"). (Dkt. 1.)

    2.    On August 5, 2020, this Court granted Plaintiff's Renewed Motion for Order Regarding Alternative Service. (Dkt. 24.) In doing so, the Court deemed service on Pallone sufficient on July 13, 2020. (*Id.*) Further, the Court permitted Plaintiff to serve Defendant Saratoga via the California Secretary of State pursuant to California Corporations Code Section 1702(a). (*Id.*)

STATUS REPORT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE

1

3. Plaintiff served Defendant Saratoga via the California Secretary of State on August 17, 2020 (dkt. 27), placing its deadline to respond to Plaintiff's Complaint on September 8, 2020.

4. Neither defendant appeared nor responded to Plaintiff's Complaint in any fashion.

5. On October 14, 2020, the Clerk of Court entered default against Defendant Saratoga. (Dkt. 29.)

6. Also, on October 14, 2020, Plaintiff filed his request for entry of default against Defendant Pallone. (Dkt. 31.)

7. Because neither defendant has appeared, Plaintiff respectfully requests that the Court vacate the Case Management Conference scheduled for October 21, 2020.

8. Once default is entered with respect to Pallone, Plaintiff intends to file a motion for class certification in this action within seven (7) days.

9. Therefore, Plaintiff respectfully requests that the Court vacate the Case Management Conference and for such additional relief as the Court deems necessary and just.

Respectfully submitted,

Dated: October 14, 2020

**LOUIS FLOYD**, individually and on behalf of all others similarly situated,

By: s/ Taylor T. Smith
    One of Plaintiff's Attorneys

Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, CA 94602
Telephone: (510) 336-2181

Patrick H. Peluso (*admitted pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

*Counsel for Plaintiff and Putative Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on October 14, 2020.

                                        /s/ Taylor T. Smith