Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, California 94602
Tel: (510) 336-2181

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **LOUIS FLOYD,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SARATOGA DIAGNOSTICS, INC.,** a California corporation, and **THOMAS PALLONE**, an individual,<br><br>Defendants. | Case No. 5:20-cv-01520-LHK<br><br>**STATUS REPORT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

Plaintiff Louis Floyd ("Floyd" or "Plaintiff") respectfully provides the following status report and requests that the Court vacate the case management conference scheduled for May 12, 2021. In support of this request, Plaintiff states as follows:

1.      Plaintiff filed his Class Action Complaint ("Complaint") on March 1, 2020, Saratoga Diagnostics, Inc. ("Saratoga") and Thomas Pallone ("Pallone") (collectively "Defendants"). (Dkt. 1.)

2.      On March 2, 2020, the Court issued summonses directed to Defendants. (Dkt. 5.) Thereafter, Plaintiff arranged for both defendants to be served via process server.

3.      To date, Plaintiff has attempted service on both Defendants on nine (9) occasions as well as additional attempt via mail.

4.      On July 10, 2020, based on his inability to effectuate service, Plaintiff filed a Renewed Motion for Order Regarding Alternative Service on Defendants. (Dkt. 23.)

5.      On August 5, 2020, this Court granted Plaintiff's Renewed Motion for Order Regarding Alternative Service. (Dkt. 24.) In doing so, the Court deemed service on Pallone sufficient on July 13, 2020. (*Id.*) Further, the Court permitted Plaintiff to serve Defendant Saratoga via the California Secretary of State pursuant to California Corporations Code Section 1702(a). (*Id.*)

6.      Plaintiff served Defendant Saratoga via the California Secretary of State on August 17, 2020 (dkt. 27), placing its deadline to respond to Plaintiff's Complaint on September 8, 2020.

7.      Neither defendant appeared nor responded to Plaintiff's Complaint in any fashion.

8.      On October 14, 2020, the Clerk of Court entered default against Defendant Saratoga (dkt. 29) and Pallone (dkt. 33).

9.      On November 25, 2020, Plaintiff filed his Motion for Class Certification and Request for Leave to Conduct Discovery (the "Motion"). (Dkt. 35.)

10.      Further, on January 28, 2021, the Court continued the previously scheduled case management conference to May 12, 2021, at 1:30 p.m. (Dkt. 38.)

11.      On March 27, 2021, the Court vacated the previously scheduled hearing on the Motion and stated that the matter will be determined on the papers without oral argument. (Dkt. 39.)

12.      At this time, Plaintiff is awaiting a decision on the Motion for Class Certification.

13.      Consequently, Plaintiff respectfully requests that the Court vacate the Case Management Conference scheduled for May 12, 2021.

14.      Therefore, Plaintiff respectfully requests that the Court vacate the Case Management Conference and for such additional relief as the Court deems necessary and just.

Respectfully submitted,

Dated: May 5, 2021                              **LOUIS FLOYD**, individually and on behalf of all others similarly situated,

By: /s/ Taylor T. Smith
    One of Plaintiff's Attorneys

Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, CA 94602
Tel: (510) 336-2181

Patrick H. Peluso (*admitted pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

*Counsel for Plaintiff and Putative Class*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on May 5, 2021.

/s/ Taylor T. Smith